JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHANI KATE GULEWICH, in her individual and representative capacity as trustee of the Stephani K. Gulewich Trust; SALVADOR LOZANO CAMPOS; and Does 1-10,<br><br>    Defendants, | Case: 2:15-CV-04329-AB-JEM<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 9, 2015

_____
HONORABLE ANDRÉ BIROTTE JR
U.S. DISTRICT COURT JUDGE

1